Form 3-1

# UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| JINKO SOLAR IMPORT AND EXPORT CO., LTD., JINKO SOLAR CO., LTD., JINKO SOLAR (HAINING) CO., LTD. (F/K/A JINKO SOLAR TECHNOLOGY (HAINING) CO., LTD.), ZHEJIANG JINKO SOLAR CO., LTD., YUHUAN JINKO SOLAR CO., LTD., JINKOSOLAR (SHANGRAO) CO., LTD., JINKOSOLAR (CHUZHOU) CO., LTD., JINKOSOLAR (YIWU) CO., LTD., JINKO SOLAR (MALAYSIA) SDN. BHD., JINKO SOLAR TECHNOLOGY SDN. BHD., JINKOSOLAR MIDDLE EAST DMCC, JIANGSU JINKO TIANSHENG SOLAR CO., LTD., JINKO SOLAR INTERNATIONAL LIMITED, JINKO SOLAR (VIETNAM) INDUSTRIES COMPANY LIMITED (JINKO SOLAR (VIETNAM) INDUSTRIES CO., LTD.), JINKOSOLAR (U.S.) INC., and JINKO SOLAR (U.S.) INDUSTRIES INC., <br><br>        Plaintiffs,<br>   v.<br><br>UNITED STATES,<br><br>        Defendant. | **SUMMONS**<br><br>Court No. 26-00811 |

**TO:** The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. §1581(c) to contest the determination described below.



**/s/ Gina Justice**
Clerk of the Court

1.    <u>Name and standing of plaintiff:</u>

Plaintiffs Jinko Solar Import and Export Co., Ltd., Jinko Solar Co., Ltd., Jinko Solar (Haining) Co., Ltd. (f/k/a Jinko Solar Technology (Haining) Co., Ltd.), Zhejiang Jinko Solar Co., Ltd., Yuhuan Jinko Solar Co., Ltd., JinkoSolar (Shangrao) Co., Ltd., JinkoSolar (Chuzhou) Co., Ltd., JinkoSolar (Yiwu) Co., Ltd., Jinko Solar (Malaysia) Sdn. Bhd., Jinko

Solar Technology Sdn. Bhd., Jinkosolar Middle East DMCC, Jiangsu Jinko Tiansheng Solar Co., Ltd., Jinko Solar International Limited, and Jinko Solar (Vietnam) Industries Company Limited (Jinko Solar (Vietnam) Industries Co., Ltd.), are foreign producers/exporters of Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules. Plaintiffs JinkoSolar (U.S.) Inc. and Jinko Solar (U.S.) Industries Inc. are U.S. importers of Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules. Plaintiffs' products were the subject of the U.S. Department of Commerce's antidumping duty administrative review, for which the final results were published as *Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules, from the People's Republic of China: Final Results of Antidumping Duty Administrative Review and Final Determination of No Shipments; 2022-2023,* 90 Fed. Reg. 60,060 (Dec. 23, 2025).

Plaintiffs participated as parties in the above-referenced administrative review and are interested parties described in Section 771(9)(A) of the Tariff Act of 1930, as amended, 19 U.S.C. §1677(9)(A). Plaintiffs accordingly has standing to bring this action under 19 U.S.C. §1516a(d) and 28 U.S.C. §2631(c).

2.  Brief description of the contested determination:

Plaintiffs contest the U.S. Department of Commerce's final results in *Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules, From the People's Republic of China: Final Results of Antidumping Duty Administrative Review and Final Determination of No Shipments; 2022-2023,* dated December 23, 2025, finding that Plaintiffs' exports and imports of subject merchandise are subject to the China-wide antidumping duty rate.

3.  Effective date of the determination:

The International Trade Administration of the U.S. Department of Commerce issued the *Final Results* in the above referenced administrative review on December 23, 2025 (90 Fed. Reg. 60,060).

4.  Date of publication in the Federal Register:

The contested *Final Results* in the above-referenced case were published in the Federal Register on December 23, 2025 (90 Fed. Reg. 60,060).

Respectfully submitted,

*/s/ Ned H. Marshak*
Ned H. Marshak*
Jordan C. Kahn
Brandon M. Petelin
Elaine F. Wang

GRUNFELD, DESIDERIO, LEBOWITZ
SILVERMAN & KLESTADT LLP

*599 Lexington Avenue
Floor 36
New York, New York 10022
(212) 557-4000

1201 New York Ave., NW
Suite 650
Washington, DC 20005
(202) 783-6881

Dated: <u>January 22, 2026</u>

Case 1:26-cv-00811-N/A    Document 1    Filed 01/22/26    Page 4 of 4

Form 3-2

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. §1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

Attorney-In-Charge
International Trade Field Office
Commercial Litigation Branch
**U.S. Department of Justice**
Room 346
26 Federal Plaza
New York, New York 10278

Director, Civil Division
Commercial Litigation Branch
**U.S. Department of Justice**
1100 L Street, NW
Washington, DC 20005

General Counsel
Office of the Chief Counsel for Import Administration
**U.S. Department of Commerce**
14th Street & Constitution Ave., NW
Washington, D.C. 20230

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018; Oct. 1, 2025, eff. Oct. 1, 2025; Oct. 23, 2025, eff. Dec. 1, 2025.)