**UNITED STATES COURT OF INTERNATIONAL TRADE**

**THE HONORABLE JOSEPH A. LAROSKI, JUDGE**

| | |
|---|---|
| JINKO SOLAR IMPORT AND EXPORT CO. LTD., et al. | )<br>)<br>)<br>) |
| Plaintiffs, | ) |
| v. | ) Court No. 26-00811 |
| UNITED STATES, | ) |
| Defendant, | ) |
| and | ) |
| AMERICAN ALLIANCE FOR SOLAR MANUFACTURING | )<br>)<br>) |
| Defendant-Intervenor. | )<br>) |

**CORRECTED CONSENT MOTION FOR INTERVENTION**

Pursuant to Rules 7(b), 24(a) and 24(c) of the Rules of the United States Court of International Trade ("USCIT R."), Boviet Solar Technology Co., Ltd. ("Boviet" or "Movant"), respectfully moves this Court for an order granting Movant leave to intervene as Plaintiff-Intervenor as a matter of right in the above-captioned matter.  The grounds for this Motion to Intervene are more fully set forth below.

1.  **Agency Proceeding on Appeal**

Plaintiffs Jinko Solar Import and Export Co., Ltd., Jinko Solar Co., Ltd., Jinko Solar (Haining) Co., Ltd. (f/k/a Jinko Solar Technology (Haining) Co., Ltd.), Zhejiang Jinko Solar Co., Ltd., Yuhuan Jinko Solar Co., Ltd., JinkoSolar (Shangrao) Co., Ltd., JinkoSolar (Chuzhou) Co., Ltd., JinkoSolar (Yiwu) Co., Ltd., Jinko Solar (Malaysia) Sdn. Bhd., Jinko Solar Technology

1

Sdn. Bhd., Jinkosolar Middle East DMCC, Jiangsu Jinko Tiansheng Solar Co., Ltd., Jinko Solar International Limited, Jinko Solar (Vietnam) Industries Company Limited (Jinko Solar (Vietnam) Industries Co., Ltd.), JinkoSolar (U.S.) Inc., and Jinko Solar (U.S.) Industries Inc. (collectively, "Plaintiffs"), have appealed the U.S. Department of Commerce's (the "Department") final results in the underlying eleventh antidumping administrative review for the period December 1, 2022 through November 30, 2023. *See Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules, from the People's Republic of China: Final Results of Antidumping Duty Administrative Review and Final Determination of No Shipments; 2022-2023*, 90 Fed. Reg. 60,060 (Dec. 23, 2025) ("*Final Results*").

**2.   Proposed Plaintiff-Intervenor Has Standing to Intervene.**

Movant has standing to intervene as Plaintiff-Intervenor and has a right to intervene as a matter of right under USCIT Rule 24(a) because Movant was an interested party to the underlying administrative proceeding and is a party who could be adversely affected or aggrieved by a decision in a civil action brought under section 516A of the Tariff Act of 1930 as amended, within the meaning of 28 U.S.C. § 2631(j).  Movant participated in the Department's underlying review.  Plaintiffs challenge several aspects of the Department's margin and implementation of its *Final Results* that could adversely affect Movant's entries as well.  Movant was also assigned the PRC-entity rate because based on the record of this review, it had no reviewable sales in December 1, 2022 through November 30, 2023.  *Final Results* at 60063. However, intervening action by CBP in 2025, after the opportunity to request review, submit separate rate applications, submit new information, or submit cases briefs in this review, converted certain Boviet entries in the December 1, 2022 through November 30, 2023 to type 03 subject to this Order due to supposed certification issues pursuant to the circumvention finding

2

on Vietnam.  *Antidumping and Countervailing Duty Orders on Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules, From the People's Republic of China: Final Scope Determination and Final Affirmative Determinations of Circumvention With Respect to Cambodia, Malaysia, Thailand, and Vietnam*, 88 Fed. Reg. 57,419 (Dep't Commerce Aug. 23, 2023).

Pursuant to Rule 24, and specifically Rule 24(c), Movant moves this Court for an order granting leave to intervene as a matter of right in the above-captioned case challenging certain aspects of the *Final Results*.  The issues for which the Movant seeks to intervene are set out in Plaintiffs' Complaint.  *See* Pl's Compl. at Count III and VI.  These issues being challenged by Plaintiffs in this appeal also impact Boviet.  Accordingly, Movant has a significant interest in Plaintiffs' lawsuit.

As Plaintiffs filed their complaint in this action on February 23, 2026, and as this motion is being made within 30 days after the date of service of Plaintiffs' complaint, this motion is timely under CIT Rules 24(a) and 6(d).

### 3.  Consent of The Parties.

Counsel for proposed Plaintiff-Intervenors have consulted with the parties to this action, as required by USCIT Rule 7(b).  Ned. H. Marshak, counsel for Plaintiffs Jinko Solar Import and Export Co., Ltd., et al. consented to this motion on March 25, 2026 via email.  Stephanie M. Bell, counsel for Defendant-Intervenors America Alliance for Solar Manufacturing consented to this motion on March 25, 2026 via email.  Collin T. Mathias, counsel for Defendant the United States, consented to this motion on March 25, 2026 via email.

WHEREFORE, for the reasons described in this Motion, proposed Plaintiff-Intervenor respectfully requests that this Court grant this Motion to intervene in the above-captioned matter.

Respectfully submitted,

/s/ *Gregory S. Menegaz*

Gregory S. Menegaz
Alexandra H. Salzman
Vivien Jinghui Wang*
**THE INTER-GLOBAL TRADE LAW GROUP, PLLC**
Suite 1101
1156 Fifteenth Street, N.W.
Washington, D.C. 20005
*Counsel to Proposed Plaintiff-Intervenor*

Dated: March 26, 2026

---

* Admitted to New Mexico Bar; practice limited to Federal International Trade Matters pursuant to D.C. Bar Rule 49(c)(2).

## UNITED STATES COURT OF INTERNATIONAL TRADE

**THE HONORABLE JOSEPH A. LAROSKI, JUDGE**

|  |  |
|---|---|
| JINKO SOLAR IMPORT AND EXPORT CO. LTD., et al. | ) ) ) |
| Plaintiffs, | ) ) ) ) |
| v. | ) ) ) |
| UNITED STATES, | ) ) ) |
| Defendant, | ) ) ) |
| and | ) ) ) |
| AMERICAN ALLIANCE FOR SOLAR MANUFACTURING, | ) ) ) ) |
| Defendant-Intervenor. | ) ) |

Court No. 26-00811

## ORDER

Upon consideration of all papers and pleadings had herein, including the Motion to Intervene in the above-captioned matter filed on behalf of Boviet Solar Technology Co., Ltd. ("Boviet" or "Movant"), it is hereby

**ORDERED** that the Motion to Intervene is granted; it is therefore

**ORDERED** that Movant shall have the status of party Plaintiff-Intervenor in this action.

**SO ORDERED.**


Dated: _____, 2026     _____
New York, New York                                 Joseph A. Laroski, Judge